UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:22 cr 222-RJC |
| | ) | |
| v. | ) | **BILL OF INFORMATION** |
| | ) | |
| KYREE JAMAYL CORBETT | ) | 18 U.S.C. § 2114(a) |
| | ) | 18 U.S.C. § 371 |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>**COUNT ONE**</u>
**18 U.S.C. § 2114(a)**
**(Robbery of Property of the United States)**

1. On or about December 21, 2021, in the Western District of North Carolina, the defendant,

**KYREE JAMAYL CORBETT**

aided and abetted by others known and unknown to the United States Attorney, did assault C.C., a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, specifically, a United States Postal Service key.

In violation of Title 18, United States Code, Sections 2114(a) and 2.

<u>**COUNT TWO**</u>
**18 U.S.C. § 371**
**(Conspiracy)**

2. Beginning no later than December 21, 2021, and continuing through on or about June 2, 2022, in the Western District of North Carolina, the defendant,

**KYREE JAMAYL CORBETT**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to commit offenses against the United States, that is, to steal and possess stolen mail in violation of Title 18 United States Code, Section 1708.

1

## Manner and Means

3. The manner and means through which CORBETT and his co-conspirators carried out the conspiracy included, among others:

   a. CORBETT and his co-conspirators drove to post offices and business parks in Charlotte, North Carolina, to check United States Postal collection boxes and other authorized depositories for outgoing and incoming mail.

   b. CORBETT and his co-conspirators used a stolen United States Postal Service key to open the collection boxes and steal the tubs containing the outgoing mail from within the collection boxes.

   c. CORBETT and his co-conspirators frequently drove to multiple post offices and business parks in quick succession to steal mail from collection boxes at each location.

   d. CORBETT and his co-conspirators would open the stolen mail and would remove the contents of the stolen mail, including checks.

## Overt Acts

4. In furtherance of the conspiracy and to effect the object thereof, there was committed by at least one of the conspirators, in the Western District of North Carolina and elsewhere, at least one of the following overt acts:

   a. On or about December 23, 2021, CORBETT stole mail from a United States Postal collection box located at the United States Post Office South Providence Station, 11035 Golf Links Drive, Charlotte, North Carolina ("the South Providence Station").

   b. On or about December 23, 2021, CORBETT stole mail from a United States Postal collection box located at the United States Post Office Ballantyne Station, 8240 Ballantyne Commons Parkway, Charlotte, North Carolina ("the Ballantyne Station").

   c. On or about March 16, 2022, CORBETT stole mail from a United States Postal collection box located at the Ballantyne Station.

   d. On or about April 11, 2022, CORBETT stole mail from a United States Postal collection box located at the Ballantyne Station.

   e. On or about April 18, 2022, CORBETT stole mail from a United States Postal collection box located at the Ballantyne Station.

f.  On or about May 2, 2022, CORBETT stole mail from a United States Postal collection box located at the Ballantyne Station.

g.  On or about May 9, 2022, CORBETT stole mail from a United States Postal collection box located at the South Providence Station.

h.  On or about May 30, 2022, CORBETT stole mail from a United States Postal collection box located at the Ballantyne Station.

i.  On or about June 2, 2022, CORBETT possessed stolen mail.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 922 and 982, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 922, 982, and/or 2461(c):

a.  All property which constitutes or is derived from proceeds of the violations set forth in Counts One and Two of this Bill of Information;

b.  All firearms or ammunition involved or used in such violations; and

c.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a).

DENA J. KING
UNITED STATES ATTORNEY

_____
GRAHAM BILLINGS
ASSISTANT UNITED STATES ATTORNEY