# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO    **DOCKET NUMBER:** 3:22-cr-222-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs Kyree Jamayl Corbett

**COUNTY OF OFFENSE** : Mecklenburg

**RELATED CASE INFORMATION** : 3:22-cr-00158-RJC-DSC

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : in custody

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

**JUVENILE:**  ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : Billings, Graham

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**