UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Criminal Docket No. **3:22-cr-00158-RJC-DSC-1**
**No. 3:22-cr-00222-RJC-DSC-1**

------------------------------------------------------)
**UNITED STATES OF AMERICA,**      )
     )
     **-vs-**      )    <u>Motion for Inquiry as to</u>
     )    <u>Status of Counsel</u>
**KYREE JAMAYL CORBETT,**      )
     **Defendant.**      )
------------------------------------------------------)

     **COMES NOW** the Defendant, KYREE JAMAYL CORBETT (hereinafter
"Mr. Corbett"), by and through his undersigned counsel, respectfully moves this
Honorable Court, pursuant to the applicable rules of the Federal Rules of Criminal
Procedure to schedule this matter for a hearing on Mr. Corbett's request for new
counsel.


     In support thereof, your movant would show the court the following:

1.      A Bill of Indictment was returned in the Western District of North
Carolina on June 21, 2022. Mr. Corbett was charged with Robbery,
Possession of Property of the United States and Conspiracy to
Commit Offenses Against the United States. An arrest warrant was
issued for Mr. Corbett on the same day.

2.      Mr. Corbett was arrested on June 23, 2022, and has remained in
custody since his arrest without the benefit of pretrial release.

3.      Mr. Corbett was previously represented by another counsel. Your
movant was appointed to represent Mr. Corbett on June 28, 2022.

4.      On June 29, 2022, Mr. Corbett was arraigned on the charges pending
against him. He entered pleas of not guilty and requested a jury trial.

5.      The Docket Call and Trial in this action was scheduled for August 1,
2022.

6.      A Status Conference in this matter was scheduled for July 18, 2022.

7.      On Corbett's motion, the Status Conference in this matter was
continued to September 19, 2022 and the Docket Call and Trial in this

action was re-scheduled to October 3, 2022.

8.     On September 12, 2022, Corbett entered into a plea agreement pursuant to a bill of information that has been filed in case number 3:22cr00222. These documents were filed with the court on September 15, 2022. It was anticipated that Corbett would be entering a guilty plea sometime thereafter in case number 3:22cr00222.

9.     On September 27, 2022, during the plea and rule 11 hearing, Mr. Corbett requested new counsel resulting in the plea hearing being terminated.

10.    After September 27, 2022, your movant has received series of emails from Mr. Corbett's mother requesting new counsel for Corbett.

11.    On October 14, 2022, your movant visited Mr. Corbett and he confirmed that he was requesting new counsel due to "insufficient counsel".

12.    Your movant has had communications with Assistant United States Attorney, Graham R. Billings, who is handling this matter for the Government, that this motion will be filed and Mr. Billings indicated that the Government takes no position on the motion.

13.    That the Court schedule hearing on this motion to address the defendant's request.


**RESPECTFULLY SUBMITTED**, this the 17th day of October, 2022.


S/Chiege O. Kalu Okwara
CHIEGE O. KALU OKWARA
Bar Number: 18853
Ballantyne One
15720 Brixham Hill Avenue, Suite #300
Charlotte, North Carolina 28277
(704) 944-3221 (Direct Line)
Email: Chiege@aol.com

Attorney for Defendant,
            **KYREE JAMAYL CORBETT**

## CERTIFICATE OF SERVICE

I hereby certify that the attached pleading was served upon the following attorneys by electronic service via electronic filing:

Graham R. Billings
United States Attorney's Office, WNDC
227 W. Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3137
Email: graham.billings@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Assistant US Attorney

I further certify that on the 17th day of October, 2022., a copy of the foregoing motion was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**KYREE JAMAYL CORBETT**
**PID # 499176**
MECKLENBURG COUNTY JAIL
P.O. BOX 34429
CHARLOTTE, NORTH CAROLINA 28234-4429

This the 17th day of October, 2022.

S/Chiege O. Kalu Okwara
CHIEGE O. KALU OKWARA
Bar Number: 18853
Ballantyne One
15720 Brixham Hill Avenue
Suite #300
Charlotte, North Carolina 28277
(704) 944-3221 (Direct Line)
(704) 749-9482 (Fax)

Email: Chiege@aol.com

ck.wk/Corbett.mot