UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-00222-RJC-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| KYREE JAMAYL CORBETT, | ) | |
| Defendant. | ) | |

Defendant in this action submitted a Motion [Doc. 56] which has undergone a screening review. It appears that Defendant intends to request a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 56] will be treated as a motion for sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines in Defendant's criminal proceeding and that the Clerk's Office is directed to update the docket accordingly.

**IT IS SO ORDERED.**
Signed: August 7, 2024

Robert J. Conrad, Jr.
United States District Judge